Hon. Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| THE ESTATE OF SEAN THOMAS MAKAROWSKY, by and through the personal representative of said estate, LOUISE GAST; LOUISE GAST an individual and biological mother of SEAN THOMAS MAKAROWSKY, and TRACEE OLIVER, as guardian for E.M., the biological daughter of SEAN THOMAS MAKAROWSKY,<br><br>Plaintiffs,<br><br>vs.<br><br>STEVE LOBDELL, individually and as City of Vancouver Police Officer, BRYAN ACEE, individually and as City of Vancouver Police Officer, DUANE McNICHOLAS, individually and as City of Vancouver Police Officer, CLIFFORD COOK, individually and in his official capacity as City of Vancouver Chief of Police, the CITY OF VANCOUVER, a Municipal Corporation, and JOHN and JANE DOES 1-20,<br><br>Defendants. | No. C10-5423RBL<br><br>STIPULATION AND ORDER PERMITTING WITHDRAWAL OF VANCOUVER CITY ATTORNEY'S OFFICE AS COUNSEL OF RECORD FOR DEFENDANTS<br><br>[~~PROPOSED~~] |

Daniel G. Lloyd, attorney for Defendants, will be leaving the City Attorney's Office after February 4, 2011, and is joining the Seattle law firm Patterson Buchanan Fobes Leitch & Kalzer, Inc., P.S., effective February 9, 2011. Defendants have asked Mr. Lloyd to remain as counsel of record. This Court's Local General Rule 2(g)(4)(A) requires "leave of court"

STIPULATION AND ORDER - 1
(W.D. Wash. Cause No. C10-5423RBL)

TED H. GATHE
CITY ATTORNEY
210 E. 13th STREET
VANCOUVER, WA 98668
Tel: (360) 487-8500 * Fax: (360) 487-8501

whenever "there is a change in counsel that effects a termination of one law office and the appearance of a new law office." Local GR 2(g)(2)(B). The parties have conferred about this issue, and have reached a stipulation to avoid the three-Friday noting rule from Local CR 7(d)(3).

Therefore, all parties through their counsel agree that:

1. Effective February 4, 2011, Daniel G. Lloyd and the Vancouver City Attorney's Office should be granted leave under Local GR 2(g)(4)(A) to withdraw as counsel of record.

2. Mr. Lloyd will file a notice of appearance on behalf of Defendants and Counterclaimant promptly after leave is granted by the Court.

3. No party shall take any action until Mr. Lloyd has so appeared on behalf of Defendants and Counterclaimant.

DATED on February 1, 2011.

HARLAN LAW FIRM, P.S.

By: ___/s/ Beau D. Harlan___
(per e-mail authorization dated 1/20/2011)
Mr. Beau D. Harlan, WSBA No. 23924
Attorney for Plaintiffs
211 E. McLoughlin Blvd.
Vancouver, WA 98663
**Tel:** (360) 735-8200; **Fax:** (360) 735-8204
bdh@harlanlaw.net

CITY ATTORNEY'S OFFICE
VANCOUVER, WASHINGTON

By: ___/s/ Daniel G. Lloyd___
Daniel G. Lloyd, WSBA No. 34221
Assistant City Attorney
Attorney for Defendants
210 E. 13th Street
Vancouver, WA 98668-1995
**Tel:** 360.487.8500; **Fax:** 360.487.8501
dan.lloyd@cityofvancouver.us

**IT IS SO ORDERED.**

DATED this __2nd__ day of __February__, 2011.

_____
HONORABLE RONALD B. LEIGHTON
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND ORDER - 2
(W.D. Wash. Cause No. C10-5423RBL)

TED H. GATHE
CITY ATTORNEY
210 E. 13th STREET
VANCOUVER, WA 98668
Tel: (360) 487-8500 * Fax: (360) 487-8501