Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| THE ESTATE OF SEAN THOMAS MAKAROWSKY, by and through the personal representative of said estate, LOUISE GAST,<br><br>Plaintiff,<br><br>vs.<br><br>STEVE LOBDELL, individually and as City of Vancouver Police Officer; the CITY OF VANCOUVER, a Municipal Corporation,<br><br>Defendants. | No. C10-5423 RBL<br><br>ORDER GRANTING STIPULATED MOTION TO COMPEL WASHINGTON STATE PATROL TO PRODUCE TOXICOLOGY CASE FILE |

This matter came before the Court on a stipulated motion filed by the parties to compel the Washington State Patrol (WSP) to produce the case file for Case No. ST0704910. In response to a unilateral request from Defendants, The WSP resisted, citing both RCW 46.52.065 and RCW 68.50.105.

The Court has reviewed the parties' stipulated motion, and finds good cause to grant the motion and order WSP to produce the requested records. Accordingly, the parties stipulated motion is hereby **GRANTED.** WSP is ordered to produce a complete copy of all documents for Case No. ST0704910 and send it at the same time to the attorneys for the parties of record as follows:

ORDER - 1
(W.D. Wash. Cause No. C10-5423 RBL)

Makarowsky Stip Compel 176867.doc

**FOR PLAINTIFF LOUISE GAST, Personal Representative for the Estate of Sean T. Makarowsky**

Mr. Beau D. Harlan
Harlan Law Firm P.S
211 E. McLoughlin Blvd.
Vancouver, WA 98663

**FOR DEFENDANTS STEVE LOBDELL & CITY OF VANCOUVER**

Mr. Daniel G. Lloyd
Patterson Buchanan Fobes Leitch & Kalzer
2112 Third Avenue, Ste. 500
Seattle, WA 98121

Defendants are directed to deliver a copy of this order to the duly authorized representative of the WSP within five (5) days after entry of this order. Delivery may be by first class mail, or another manner of service equivalent to service of process under FRCP 4. The WSP shall produce said records within a reasonable time, not later than thirty (30) days receipt of this order. WSP may produce said records by first class mail.

**IT IS SO ORDERED.**

DATED this 1st day of May, 2012.

*/s/ Ronald B. Leighton*
Ronald B. Leighton
United States District Judge

Presented by:

PATTERSON BUCHANAN
FOBES LEITCH & KALZER, INC., P.S.

By:    /s/ Daniel G. Lloyd
   Daniel G. Lloyd, WSBA No. 34221
   Of Attorneys for Defendants
   2112 Third Avenue, Suite 500
   Seattle, WA 98121
   **Tel:** 503.200.5775; **Fax:** 503.200.5401
   dgl@pattersonbuchanan.com

ORDER - 2
(W.D. Wash. Cause No. C10-5423 RBL)

Makarowsky Stip Compel 176867.doc